

**BRIGLIA &
HUNDLEY, P.C.**

**James W. Hundley**
703-883-0204 (direct)
jhundley@briglia-hundley.com

1921 Gallows Road
Suite 750
Tysons Corner, VA 22182
———
Telephone: 703-883-0880
Facsimile: 703-883-0899

www.briglia-hundley.com

April 14, 2008

The Honorable Barry R. Poretz
United States Magistrate Judge
United States District Court
  for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

                Re:    *United States v. Weiss Rasool,*
                        Case No. 1:08MJ00088-01.

Your Honor:

    Enclosed please find a number of letters I have received on behalf of my client, Weiss Rasool.  Officer Rasool is scheduled to appear before you for sentencing tomorrow, April 15, at 10:00 a.m.  I ask that you consider these letters prior to imposing sentence in this case.

                Sincerely,

                James W. Hundley
                BRIGLIA & HUNDLEY, P.C.

cc:    Jeanine Linehan
        Asst. U.S. Attorney

February 14, 2008

To:  US Magistrate Judge Barry R. Poretz
US District Court for the Eastern District of Virginia

Dear Sir:

I am writing this letter to you about Mr. Weiss Rasool's character.  I have been his station commander for the past year in the McLean District.  This was the first time I had met or worked with Sergeant Rasool.

During the past year I relied on Weiss to handle a multitude of station issues. Although many supervisors are tasked with administrative and operational demands, Weiss handled these assignments with a positive attitude.  He kept us informed of his progress, sought help when he needed advice, and generally produced a quality of work that was far above supervisors who had more experience.  He was doing so well I almost felt that I was asking too much of him.

When this incident came to my attention I was dumbfounded.  It does not fit Weiss' character or his moral compass.  Since I will probably never know the entire case I can only base my opinions on Weiss Rasool, the employee that I know.  In comparison to other employees that this agency has disciplined for similar VCIN violations, his seems to be the least significant.  I am not downplaying his actions, just putting them in perspective to other employees. Most times those employees are never legally charged, but disciplined within our agency.  Knowing that the conclusion of this matter in the legal system will not be the end for Weiss, I ask you to consider that his internal punishment within the Fairfax County Police Department will also be a part of his permanent record.

I know that he is devastated by this case, the accusations, and the court system. He has stood up as a man and taken his punishment, the media, and the damage to his reputation.  I would like to see him be allowed to continue with his life, start over, and welcome his unborn child into the world not far from the date of your hearing.  Any leniency on your part would be greatly appreciated.

I have 23 years in law enforcement and a great deal of experience in investigating and interviewing bad people.  Weiss is not one of those people.  He is a good officer who used poor judgment many years ago.

Sincerely,

Lieutenant Susan Lamar
Assistant Commander
McLean District Station

February 11, 2008

To US Magistrate Judge Barry R. Poretz
US District Court for the Eastern District of Virginia:

I am writing this letter in reference to the character of Weiss Rasool. He and I have known each other for many years, having worked for the same agency at different district stations, but had not worked closely until recently.

In 2007, Weiss and I were both promoted and assigned to work together on the same squad. I have been his direct supervisor since September 2007. During this time he has served as co-supervisor of a squad of thirteen officers and one civilian employee. He has been easy to work with the entire time. He has been professional in the undertaking of every duty he has as a Police Sergeant. By nature he is a self starter and is very organized. He has taken steps to improve the smooth operation of the squad and station even though he has only been assigned to the station for a short period of time. Weiss has been responsive to feedback I have given him concerning personnel issues and has acted thoughtfully with the officers based on my suggestions. On nights when I have been on leave, I have never worried about his solo administration of the squad. He has done an excellent job keeping me informed of events and communicating important information to help me be fully informed in making good decisions for our officers.

In my opinion, recent events have found Weiss caught up in matters way above his level of involvement. The matter at hand is not characteristic of Weiss as I know him as a person and coworker. Weiss has been completely transparent with me about everything that was going on with his case. He took me in confidence and allowed me to ask questions. In my opinion he kept me informed not only because I was his supervisor, but because I believe he wanted to clear his name with those close to him.

I am an eighteen year employee of the Fairfax County Police Department. I have never had any concerns or complaints about working with Weiss Rasool. In my experience he has always been committed to doing the best he could with any given situation.

Regards,


Chris M. Cotone

February 12, 2008

Judge Barry R. Poretz
United States District Court
Easter District of Virginia

Honorable Judge Poretz:

I hope this finds you well as I write you to advocate for my friend, Sergeant Weiss Rasool. I have known him since he applied for a position with the Fairfax County Police Department. I conducted his background investigation and found him incredibly devoted to family and passionate toward law enforcement profession. Because of his superior background to include an award by the Governor of Virginia for Academic Excellence, he was easily hired as a police officer. There came a time when he worked under my direct supervision and I found him to be an officer who takes pride in helping the citizens of Fairfax County. Because of his selfless personality, I believe, he would lay down his life to protect others and for that reason, I TRUST him with my life.

Your Honor, I am familiar with this case and I believe that while Sergeant Rasool is taking responsibility for his action, there was absolutely no intent in his heart to violate any law. I fear, he has been denied the benefit of doubt especially with the Grand Jury of our citizens not finding him in violation of any laws. Your Honor, I beg you to speak with this young man before making a decision and you will find him to be a person of high morals who loves his family, profession and his country. I am proud to call him my friend and I hope you will give my friend due consideration.


Your Humble Servant,

Staff Sergeant Naveed I. Butt
United States Army, Retired

6 Wren Way Court
Stafford, VA 22554


"Our lives begin to end the day we become silent about things that matter."

--Dr. Martin Luther King, Jr.

February 11, 2008

Chief Federal Magistrate
United States Federal District Court


RE: Weiss Rasool


This letter is being submitted to you on behalf of Mr. Weiss Rasool. My name is Kevin L. Treadwell; I have worked with Weiss Rasool for almost one year. I was his direct supervisor for approximately six months. As an employee Weiss worked with a spirit of excellence. He is knowledgeable, dependable, and resourceful. He did his job, and he did it well. Whatever assignment was given to him he did a thorough job in an expeditious manner. Weiss has shown that he is a team player and committed to the goals and mission of the agency, and the citizens that we served.

I have had many conversations with Weiss in the past on a variety of subjects, and based on these conversations, and his viewpoints on a variety of issues I consider Weiss Rasool to be a man of integrity and honest character. I believe that he is an ethical and moral individual, and a man of his word. Whatever consideration that can be granted to Weiss Rasool, I hope it will be, I believe he is worthy of it.


Sincerely,

Kevin L. Treadwell

February 9, 2008

US Magistrate Judge Barry R. Portez
US District Court for the Eastern District of Virginia;

Dear Honorable Judge Portez:

I am writing this letter as a letter of reference for Mr. Weiss Rasool. I have known Mr. Rasool in a professional capacity since he joined the Fairfax County Police Department in July of 2000. I was one of his former superior officers, prior to my retirement in 2007. I found Mr. Rasool to be of sound character and reputation during his tenure. I could count on him to pay a keen sense of attention to details in his work ethic, and he can be counted on to accomplish his work tasks. I can attest to the fact that Mr. Rasool has the self-determination, integrity, and enthusiasm consistent with a good citizen.

I would respectfully ask that Your Honor take into account Mr. Rasool's unblemished record when passing judgment on his punishment. In advance, I want to thank you for any consideration that you give this character reference letter.

Sincerely,

*Tyrone R. Morrow*

Tyrone R. Morrow
301 S. Texas Ave
Bryan, Texas 77802

February 20, 2008

The Honorable Barry R. Poretz
United States Magistrate Judge
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

RE:  Sergeant Weiss Rasool

Dear Judge Poretz:

I am writing to express my enormous respect for the character and professionalism of
Sergeant Weiss Rasool.  I have known Sgt. Rasool since 2005.

I have always found Sgt. Rasool eager to promote a substantive relationship between the
Fairfax County Police Department and the local Muslim community. His efforts have
played a significant role in improving trust in a time when mutual misunderstanding
could easily severe all positive ties between these two groups.

After the tragic murders Detective Vicky Armel and Officer Michael Garbarino, Sgt.
Rasool reached out to the Muslim community and assisted us in delivering support to
their families.

In my interactions with him, Sgt. Rasool has always conducted himself in a manner that
reflects the best characteristics of a sincere community servant.

I hope you will consider this as you work to resolve the current unfortunate situation.

Sincerely,

Corey P. Saylor
8088 Winding Way Court
Springfield, VA 22153

To:  US Magistrate Judge, Berry R. Poretz :  US District Court for the Eastern District of Virginia,

I type this with full confidence in the legitimacy of every single letter typed herein. This comes from the heart and I feel obliged to write this for one of my best friends, Weiss Rasool. I have known Weiss for over 10 years now and it seems like much less because I can easily remember most, if not all the great memories we've shared as friends over these years. Weiss has always been an honest, easy going, and very intelligent guy that is just a pleasure to be around. He is compassionate and a very proud Afghan-American whose morals are illustrated in his everyday dealings. He went to high school with my sister, has been at my home many times for dinner, and is adored by my parents. I know that he does everything he can to uphold the rule of law and would never deliberately break one. I hope that this matter is resolved and that he can move on from this situation and continue his career in law enforcement.

I am available to answer any questions you may have and will stand firm by all I have said for it is the truth. There are many reasons to write letters, though I have never felt the need to write one to prove a point more vehemently than this. Weiss is an absolutely great gentleman, policeman, and most importantly: friend.

Sincerely,

Omar Kalifa

February 17, 2008

US Magistrate Judge Barry R. Poretz
US District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Honorable Judge Barry R. Poretz:

I would like to humbly plead the court for leniency in the judgment of my friend, Mr. Weiss Rasool. Mr. Rasool is a hardworking Sergeant in the Fairfax Police Department, a dedicated son and husband, and an expecting father. He is very loyal to his family and helps take care of his ailing father and his mother. He has always had high aspirations and a strong dedication to the law enforcement field and an unwavering loyalty to his career, his family and his community.

My family and I have known Mr. Rasool and his family for over twenty years and have respect and care for his kind family and himself. We are very sad to hear of the current situation and understand the severity of Mr. Rasool's mistake. It is clear to us all that Mr. Rasool has made a mistake but it is unarguable that his intentions were not malicious. His remorse and grief are apparent to all those around him and we beg for the court to show compassion in his case.

A prison sentence for Mr. Rasool would be detrimental to his expecting wife and his family, as they do rely on his financial support and constant help in caring for his father, who is suffering from Alzheimer's. Mr. Rasool is an honest son and an honest police Sergeant, who has made a mistake he has admitted to and so once again, I respectfully beg the Court for leniency in the judgment of Mr. Rasool. I appreciate and thank you for your time and consideration in this matter. Please feel free to contact me for any additional information if so desired.

Respectfully,


Nazifa Salih

February 13, 2008

US Magistrate
Honorable Judge Barry R. Poretz
US District Court for the Eastern District of Virginia

Dear Judge Poretz,

I have known Weiss Rasool for several years as our families are close friends. We both attended George Mason University and I have witnessed Weiss's personal and educational growth in the past several years.  We have had several conversations about our career goals and future endeavors.   During this time Weiss has dedicated himself to his career, family and community.  He is a very caring person who is liked and respected by all who meet him.

I consider Weiss to be a dependable and kind person with good character.  While I do not know the specific details of his case, I do know the severity of the charges.  I can only attest that Weiss has always expressed a strong commitment to his profession and that he would not want to jeopardize his hard work.  I cannot speak on behalf of Weiss but in knowing him, Weiss will accept his responsibility in this situation and will want to move forward with his life.

If you have any questions, please do not hesitate to contact me.


Respectfully yours,

Fatema Kohistani
703-981-3443

February 13, 2008

US Magistrate
Honorable Judge Barry R. Poretz
US District Court for the Eastern District of Virginia

Dear Judge Poretz,

My wife and I are very close friends with Weiss Rasool's family and extended family. We have known his family for more than thirty years and have witnessed Weiss's personal strides since he was a child.  Weiss has been raised in a close family with a lot of nurturing and support.  We have a strong relationship with his parents and know that Weiss has always stayed out of trouble while making good decisions in his life.

Weiss has a strong commitment to his family, wife and community.  His intentions have always been positive and he makes efforts to be a role model to the community.  We are disappointed in hearing about his current situation, but would like to inform you of our personal relationship with Weiss and his family.  He has always been honest, loyal and respectful to our family and to those around him.  In addition, we have witnessed Weiss's personal growth not only within his family but also with his dedication to his career.  He was very eager to join the police force so that he could demonstrate his leadership and use his abilities to make a positive impact. We have seen him work hard to excel but understand that he is facing a tough situation.  With this in mind, we wanted to express Weiss's positive characteristics and hope that you will take this into consideration when making your decision.

If you have any questions, please do not hesitate to contact us.


Respectfully yours,

Mohammad R. Kohistani

Shaima Kohistani
703-754-1910

Nafisa Qassim
5675 Lierman Circle
Centreville, VA 20120
703-385-4532

To Whom It May Concern:


My Name is Nafisa Qassim. I reside in Fairfax County Virginia. I have known Weiss
Rasool for about 22 years. He has been a close family friend and I've watched him grow
up into the friendly, Confident young man he is today.


I know Weiss to be dependable, responsible, honest and courteous. He is very dedicated
individual in everything that he does. He loves spending time with his family,  and is very
excited in becoming a father.  Weiss Rasool is also very dedicated to his job as a Police
Officer. I find him to be a very profound, well rounded and sincere individual who cares
for every one.

Thank you.

Nafisa Qassim

Ramin Qassim
14282 Glade Spring Drive
Centreville, Virginia 20121

Feburary 6, 2008

To Whom It May Concern:

My name is Ramin Qassim and I am a Us citizen residing Fairfax County for about 27 years.

I have known Mr. Weiss Rasool for the last 18 years, and we have shared a variety of activities such as Volunteering, blood drives, sports, picnics, and traveling within the United States Also, I have known Mr. Rasool to be a prudent, conscientious, hardworking and a caring person. After he got married, he worked very hard as a public Servant to establish himself, and his family. In 2007, Mr. Rasool bought a house in Virginia and has settled very well in a new environment. Mr. Rasool is very proud of his family and has endeavored to be a major provider in the home for his wife, Mother and Father.

Mr. Rasool is a very honest, respectable and diligent worker. He gives 150 % at every thing that he does. he is fully committed to his job, family and friends.

Thank you,

Ramin Qassim

Febuary 9, 2008

Sonia Jassor

13386 Brookfield Ct

Chantilly VA 20151

Re:  Weiss Rasool

     US Magistrate Judge Barry R. Poretz

     US District Court for the Eastern District of VA

I have known Mr. Weiss Rasool since 1981 when my family migrated from Afghanistan to India.  We used to share one floor of a flat living as two separate tenants.  From 1981 to 1983 when the Rasool's moved to USA, our family became friends and kept contact when the Rasool's moved away.  My family moved to the States in 1984 and since our families kept in touch, we were able follow that friendship. Mr. Rasool has always been a good boy, whether it was at home or at school. He always used to "Ace" (A+) at his school work.  Not only did he help his family by translating English for his parents, he was also a big brother.  He never let his parents down.  He was always on top of things. Mr. Rasool has been following his rules and beliefs of how he was raised and brought up.  Till today, he has been taking care of his parents, by providing them food and a beautiful house, and lets don't forget being a big brother.

Mr. Rasool is an extremely hard worker, when it comes to his work, family or friends. By me saying "his job" even though I have not worked with him, I know by the way he carries himself, talks to others and does his own responsibilities.  He never lets anybody do his leftover work. Everyone in the family is extremely happy with Mr. Rasool's success in his life.

With Regards.

Sonia Jassor

Layluma Hotaki

8381 Mineral Springs Drive

Manassas, VA 20112

(703) 350-7984

To Whom It May Concern:

I've known Sergeant Weiss Rasool for over four years now. Technically, he is considered my brother-in-law, but to me he is more than that. I consider him as another one of my brothers.

Since the beginning of my relationship with Weiss, he has proved time and time again that he is a trustworthy man. For example, when I told him not to tell my sister what I was getting her for her birthday, he kept it a secret. It's the little things like these that matter and prove his loyalty.

He is one of the funniest, most loving people I know. He is wonderful with children (which is a great characteristic to have when you have a child on the way), a loving husband, a devoted son and son-in-law, and most of all, a great friend of mine.

For the past eight months I've lived next door to him and our families have grown closer than ever. I know him to be an honest, hard-working man. I've seen him coming home from work at hours of the morning when people should just be waking up. He worked very hard to earn his rank as Sergeant in the Fairfax County Police Department, and has hopes of furthering his career within the department.

Even prior to being neighbors with him, he's always been there to lend a helping hand. He is a proud American and would never do anything to jeopardize his job and reputation. I know this for a fact. If you should have any questions, feel free to contact me in any way convenient to you. Thank you.

Sincerely,

*Layluma Hotaki*

Layluma Hotaki

February 14, 2008


To Whom It May Concern:


     I am writing this letter in regards to a good friend of my husband and I, Weiss Rasool.  I met Weiss through my husband 6 years ago and right off the bat knew that he was a rare individual.  In a society that's filled with stereotypes and superficial faux people, Weiss was quite the opposite.  He went against those stereotypes.

     The most obvious being that he is a police officer of Afghan heritage and is Muslim as well.  How common is that?  Not to mention, his love for country music. But he didn't care.  He's the kind of guy that's not out there to impress others.

     Weiss had even mentioned to me several times how he wanted to go into the military to protect this country but his parents would be too worried and so instead, chose to be a police officer.  He chose to put his family first and be able to provide for them. But Weiss is no ordinary cop.  My husband and I used to joke that even if he caught his father speeding he'd give him a ticket.  Weiss always came off to me as an officer who went strictly by the book with no exceptions.

     Weiss is a man who is genuine, honest, loyal, and forthright.   One of the reason's I respect him and his friendship so much is because he never lies.  He'll tell you the truth even if its not what you want to hear.  In six years, one learns a lot about their friends. I've never met someone so clean hearted and sincere.  He's a true friend that my husband and I are thankful to have.

     If for any reason you have questions or concerns, please do not hesitate to contact me or my husband.


Sincerely,

Wajema Gardizi and Ali Hashimi

To US Magistrate Judge Barry R. Poretz,

My name is Naseem Anwari, I am currently working for the Department of Defense to support our international views and goals for democracy and freedom; a proud member of Operation for Enduring Freedom in Afghanistan. I have faithfully served and worked alongside our soldiers to help maintain and secure our country, the United States of America. I have known Mr. Weiss Rasool for the past 4 years and have come to know his honesty, his integrity and his loyalty as being second to none to his country, his family and his friends. He is a hard working taxpaying American, and I have confidence that he will continue to serve and help his country to the best of his abilities.

Your Honor, I implore you to be kind and merciful with this young man; who has spent his young adult life serving and protecting our streets and community.

Sincerely,

Naseem Anwari

To US Magistrate Judge Barry R. Poretz,

I have known Mr. Weiss Rasool for over the past 5 years, and through the duration of this time I have been privileged to have such a man to call my friend. Mr. Rasool is the personification of a true moral and upright character. A man who has on numerous occasions sacrificed his own needs and desires to help others, from his own family members to complete strangers. One of the first events that led to our friendship was Mr. Rasool inviting me to help him give food and other basic necessities to the homeless of DC. We did this on numerous occasions, regardless of the weather and time of day and each time Mr. Rasool was the initiator. Other events include visiting the sick in the hospitals and the elderly, simply to help sympathize with their family members and or to offer moral and physical support. These actions are by themselves, along with his honesty and valor, are a testament of his moral character and rectitude. An optimist by nature I have never seen him frail at an obstacle, instead his persistent and resilient nature forces him to continue where I and others have given up.

Your Honor, I have come to admire and respect this man, and to my knowledge, I accredit him with being a fine and distinguished citizen. I hope that my testimony of his character does some justice to who he really is and I pray that you are merciful.

Sincerely,

Maceeh Anwari

February 12, 2008

To Whom it May Concern

I, Hayatollah Hotaki am writing this letter in reference to our son-in-law, Weis Rasool.
Mr. Rasool has been married to our daughter for the past four years and has proved to be
not only a good husband, but I know will be an excellent father (they are expecting their
first baby in May.) He is responsible, a good worker and an honest person. We are hoping
by writing this letter that it can give the court a better idea of how much Weis means to
our family and how important it is to have him here to help support and take care of his
own family.

Thank you for your time and consideration in this matter.

Sincerely,

Hayatollah Hotaki

December 18. 2002

Captain James Morris
6121 Franconia Road
Alexandria VA  22310

In a recent dispute with a merchant in Springfield , Officer W. Rasool was called to mediate the differences.

Being the  parties of this dispute, we were very impressed with the conduct and demeanor of Officer Rasool.  We just wanted to take this opportunity to inform you that he projects a very positive image as he represents the Fairfax County Police Department.

My husband and I walked away saying, "that officer is a credit to the Police Department."


Very truly yours,

Linda J. Moger
7204 Highland Street
Springfield VA  22150

# FAIRFAX COUNTY POLICE DEPARTMENT

4100 CHAIN BRIDGE ROAD, FAIRFAX, VIRGINIA 22030-7002



Colonel J. Thomas Manger
Chief of Police

December 31, 2002

Mrs. Linda J. Moger
7204 Highland Street
Springfield, VA 22150

Dear Mrs. Moger:

Thank you for your thoughtful letter complimenting Police Officer Weiss Rasool of the Franconia District Station. I am pleased that he was helpful, courteous and reassuring to you during such a stressful time. It is always rewarding to hear of situations when our officers take the extra time and effort to provide assistance to our citizens.

I am proud to have dedicated officers such as Officer Rasool serving with the Fairfax County Police Department. Your letter has been forwarded to him and a copy will be placed in his personnel file. I know Officer Rasool takes great pride in his work and will be most appreciative that you have taken the time to recognize his efforts.

Sincerely,

James A. Morris, Captain
Commander, Franconia District station

cc: Officer Weiss Rasool
     Personnel File

Accredited by the Virginia Law Enforcement Professional Standards Commission

5612 Tower Road
Fort Belvoir, VA 22060

April 22, 2006

2LT Walter Smallwood
Fraconia District Station
6121 Fraconia Road
Alexandria, VA 22310

Dear Sir:

The reason that I am writing this letter is to make you aware of the outstanding professionalism and performance of one of your officers.  On April 15, 2006, I had the unfortunate luck of being involved in a four car accident on Manchester Blvd in your district.  The officer who responded to the scene was Officer W. Rasool.  This was the first vehicle accident that I had been involved with in almost 18 years and as you can imagine I was a little shaken as were the others involved.  Once on scene, Officer Rasool quickly gained control of the situation, calmed everyone's fears, and dealt with all of us involved with a level of professionalism that I haven't witnessed in years.  He answered all of our questions and quickly ascertained what had occurred despite varying accounts.  Officer Rasool sets a great example for your organization and I wanted to take a few minutes out of my busy schedule to tell you what a fine job he did.  He is a true professional.  Please thank him and let his direct supervisor, Sergeant Loehne know what a great job this fine officer did.  Thanks for all that you do for us – we are so very grateful.

Respectfully,

Ed Brady



# County of Fairfax, Virginia

To protect and enrich the quality of life for the people, neighborhoods, and diverse communities of Fairfax County

**Colonel**
**David M. Rohrer**
*Chief of Police*

May 1, 2006

Mr. Edward A. Brady
5612 Tower Road
Ft. Belvoir, VA  22060

**Lt. Colonel**
**Suzanne G. Devlin**
*Deputy Chief of Police*
*for Investigations/*
*Operations Support*

Dear Mr. Brady:

I would like to take the opportunity to personally express my appreciation for the letter you sent thanking Police Officer First Class Weiss Rasool for his outstanding performance and professionalism during the contact he had with you.  It is always gratifying to hear when officers of the Franconia District Station are able to provide comfort and assistance during an extremely trying time.  Officer Rasool takes great pride in serving the community and strives to perform his duties in an excellent manner.

**Lt. Colonel**
**Charles K. Peters**
*Deputy Chief of Police*
*for Patrol*

**Lt. Colonel**
**Stephen L. Sellers**
*Deputy Chief of*
*Police for*
*Administration*

I am proud to have dedicated officers such as PFC Rasool under my command and serving with the Fairfax County Police Department.  A copy of your letter, along with my personal commendation, will be forwarded to PFC Rasool and a copy will be placed in his personnel file.  I know he will appreciate the recognition you have given him.

Again, thank you for your kind letter.

Sincerely,

Maggie A. DeBoard, Captain
Commander, Franconia District Station

MAD/wfs

cc:   PFC Weiss Rasool
      Personnel File

**Fairfax County Police Department**
4100 Chain Bridge Road
Fairfax, Virginia  22030
703-246-2195, TTY 711
Facsimile 703-246-3876
www.fairfaxcounty.gov

## FAIRFAX COUNTY, VIRGINIA

## MEMORANDUM

**TO:**        Officer Weiss Rasool               **DATE:** July 31, 2003
                  Franconia District Station

**FROM:**     J. Thomas Manger, Colonel
                  Chief of Police

**SUBJ:**     Commendation

**REF:**       Burglary Arrests

I read how you assisted in the arrest of three suspects on July 22, 2003, following the burglary of North Springfield Elementary School. Your outstanding work is evident in your professional response and assessment of the scene, ultimately leading to the arrests.

I would like to take this opportunity to thank you for your thoroughness and teamwork. Your efforts have contributed to the success of the Fairfax County Police Department in providing a safer community for the citizens we serve.

You have my congratulations on a job well done. A copy of this memorandum will be forwarded to your immediate supervisor and your personnel file.

JTM/rea

cc:    Captain Jim Morris
       Commander, Franconia District Station

       Personnel File



Franconia Citizens' Advisory Committee

# CERTIFICATE OF APPRECIATION

*presented to*

## PFC Weiss Rasool

*for outstanding service to the*
*Citizens' Advisory Committee and the communities it represents.*

**Franconia**
**CAC**
**Citizens & Police Together**

January 21, 2004
Date

Sue Hotto, Chair

Mr. Neil P. Krukar
8124 Haddington Ct.
Fairfax Station, VA 22039

May 30, 2006

Colonel David M. Rohrer
Chief of Police
Fairfax County Police Department
4100 Chain Bridge Road
Fairfax, Virginia 22030

Subject:  Letter of Commendation - Officer Weiss Rasool (Franconia District Station)

Dear Police Chief Rohrer,

I want to personally commend Officer Weiss Rasool of the Franconia District Station for his exemplary devotion to duty and sound judgment.

In a recent traffic case that involved some unusual circumstances, Officer Rasool methodically took the time to establish facts and make good judgments.  He did not hurry his investigation and made decisions based on facts.  He was firm and fair throughout the entire process.  In my opinion, Officer Rasool exemplifies the qualities and attributes essential for today's police officer, especially when dealing with such a diversified population as exists in Fairfax County.

As a citizen it makes me feel good to know that Fairfax County has some of the finest officers in the state (like Officer Rasool).

I sincerely appreciate the security, safety, and fairness enjoyed by citizens of this county through the diligent efforts of its police force.  The situation that I experienced attests to the high institutional values and standards of the Fairfax County Police Department.

Thank you.

Sincerely,

*Neil P. Krukar*

Neil P. Krukar

Cc:
Captain Maggie A. DeBoard
Commander
6121 Franconia Road
Franconia District Station
Franconia, Virginia 22310

#495

RECEIVED
6-1-06
AMT



# County of Fairfax, Virginia

To protect and enrich the quality of life for the people, neighborhoods, and diverse communities of Fairfax County

**Colonel**
**David M. Rohrer**
*Chief of Police*

June 14, 2006

Mr. Neil P. Krukar
8124 Haddington Court
Fairfax Station, Virginia  22039

**Lt. Colonel**
**Suzanne G. Devlin**
*Deputy Chief of Police*
*for Investigations/*
*Operations Support*

Dear Mr. Krukar:

Thank you for your thoughtful letter commending Police Officer First Class Weiss Rasool for the assistance he provided in reference to a recent traffic case.  I was glad to read that he did not hurry his investigation and made his decisions based on the facts of the case.  I am very proud of his dedication and professionalism.

**Lt. Colonel**
**Charles K. Peters**
*Deputy Chief of Police*
*for Patrol*

Letters such as yours are very meaningful to the police officers who strive to provide the finest services possible to the citizens they serve.   I know PFC Rasool will appreciate that you have taken the time to recognize his efforts.  A copy of our correspondence will be given to PFC Rasool by his commander and an additional copy will be placed in his personnel file.

**Lt. Colonel**
**Stephen L. Sellers**
*Deputy Chief of*
*Police for*
*Administration*

Again, thank you for writing.

Sincerely,

David M. Rohrer, Colonel
Chief of Police

DMR/pms

cc:   Captain Maggie DeBoard
Commander, Franconia District Station

Personnel File

**Fairfax County Police Department**
4100 Chain Bridge Road
Fairfax, Virginia  22030
703-246-2195, TTY 711
Facsimile 703-246-3876
www.fairfaxcounty.gov



# Congressional Record

**United States of America**

PROCEEDINGS AND DEBATES OF THE *108th* CONGRESS, SECOND SESSION

---

## WASHINGTON, THURSDAY, FEBRUARY 26, 2004

---

# *House of Representatives*

### Recognizing the Fairfax County Chamber of Commerce 2004 Valor Award Recipients

### HON. THOMAS M. DAVIS
### HON. JAMES P. MORAN
### HON. FRANK R. WOLF
OF VIRGINIA
IN THE HOUSE OF REPRESENTATIVES
*Thursday, February 26, 2004*

Mr. Davis: Mr. Speaker, we rise today to recognize an extraordinary group of men and women in Northern Virginia. Each year, the Fairfax County Chamber of Commerce recognizes individuals who courageously have demonstrated selfless dedication to public safety. The hard work, dedication, and perseverance of the Fairfax County Police Department have earned several of its members the highest honor that Fairfax County bestows upon its public safety officials – The Valor Award.

There are several types of Valor Awards awarded to a public safety officer: The Lifesaving Award, the Certificate of Valor, or the Gold, Silver, or Bronze Medal of Valor. During the 26th Annual Awards Ceremony, 53 men and women from the Office of the Sheriff, Fire and Rescue Department, and the Police Department received one of the aforementioned honors for their bravery and heroism.

It is with great honor that we enter into the record the names of the recipients of the 2004 Valor Awards in the Fairfax County Police Department. Receiving the *Lifesaving Award*: PSCC Assistant Supervisor Jackie A. Ahrens, Police Officer First Class Garrett G. Broderick, Public Safety Communicator Gail M. Gibson, Police Officer First Class Daniel V. Johnson, Detective Thomas P. Lawn, Sergeant Shawn C. Martin, Police Officer First Class Weiss Rasool, Officer Stacy L. Sassano, Police Officer First Class Donna E. Shaw, and Detective James N. Sparks, III; the *Certificate of Valor*: Police Officer First Class William G. Brett, Senior Police Officer Robert A. Galpin Jr., Detective Matthew G. Payne, Detective Steven T. Pihonak, and Detective Gene M. Taitano; the *Silver Medal of Honor*: Police Officer First Class Timothy W. Cook; the *Bronze Medal of Honor*: Master Police Officer Bryan K. Cooke, Second Lieutenant Scott C. Durham, Master Police Officer Charles M. Haugan, Second Lieutenant Daniel P. Janickey, Police Officer First Class Ryan W. Morgan, Senior Sergeant John W. Orpin, Private First-Class David B. Patterson, Officer Randolph G. Philp, and Officer Frederick W. Von Meister.

Mr. Speaker, in closing, we would like to take this opportunity to thank all men and women who serve the Fairfax County Police Department. The events of September 11th serve as a reminder of the sacrifices our emergency service workers make for us each day. These individuals' continuous efforts on behalf of Fairfax County citizens are paramount to preserving security, law, and order throughout our community. Their selfless acts of heroism truly merit our highest praise. Mr. Speaker we ask our colleagues to join us in applauding this group of remarkable citizens.





**FAIRFAX COUNTY CHAMBER OF COMMERCE**

The Voice of Business in Northern Virginia™

# LIFESAVING AWARD

## Police Officer First Class Weiss Rasool

### Fairfax County Police Department

For selfless actions and exceptional judgment during an emergency situation which resulted in the preservation of human life.

February 26, 2004